UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Liliana De Los Angeles CORTES OCHOA,<br><br>                              Petitioner,<br><br>v.<br><br>WARDEN, Otay Mesa Detention Center, et al.,<br><br>                              Respondents. | Case No.:  26-cv-2284-AGS-DEB<br><br>**ORDER SETTING BRIEFING SCHEDULE AND GRANTING MOTION TO PROCEED IN FORMA PAUPERIS (ECF 2)** |

Petitioner seeks a writ of habeas corpus under 28 U.S.C. § 2241 challenging her immigration detention. She also moves to proceed without paying the filing fee, known as proceeding *in forma pauperis* ("IFP").

Typically, parties seeking a writ of habeas corpus in a United States district court must pay a $5 filing fee. *See* 28 U.S.C. § 1914(a). An action may proceed without payment of fees only if the court grants the plaintiff leave to proceed IFP. *See Hymas v. U.S. Dep't of the Interior*, 73 F.4th 763, 765 (9th Cir. 2023) (holding that when an "IFP application is denied altogether, Plaintiff's case [cannot] proceed unless and until the fee[s] [a]re paid"). Although the filing fee is only $5, petitioner claims to have "0.00" in wages and savings. (ECF 2, at 1–2.) Since it is clear petitioner cannot afford the filing fee, her IFP request is granted.

For this petition, the Court adopts the Standard Procedures from Chief Judge Order No. 144. That Order is available on the court's website. So, petitioner's traverse will be due **April 28, 2026**. Further, the Court sets a hearing on the petition for **May 4, 2026, at 2:00 p.m**. Respondents' counsel is responsible for coordinating petitioner's participation by videoconference or, if that's unavailable, in person.

Dated:  April 14, 2026

_____

Hon. Andrew G. Schopler
United States District Judge

26-cv-2284-AGS-DEB