

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Liliana De Los Angeles Cortes Ochoa

**Petitioner,**

**V.**

See Attachment

**Respondent.**

Civil Action No.  26-cv-2284-AGS-DEB

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

On May 4, 2026, the Court held a hearing. For the reasons stated on the record, the petition for writ of habeas corpus (ECF 1 ) is denied without prejudice.  The case is hereby close.

**Date:**       5/13/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  M. Fujita

M. Fujita, Deputy

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** <u>26-cv-2284-AGS-DEB</u>

Respondents:

Director, Otay Mesa Detention Center

Secretary of the Department of Homeland Security

Director of U.S. Immigration and Customs Enforcement (ICE)